Decided September 20, 2005

## STATE OF CONNECTICUT *v.* RICHARD SAUCIER

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 132 (AC 25038), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court properly excluded as hearsay a statement made by the victim to an acquaintance?"

The Supreme Court docket number is SC 17502.

*Glenn W. Falk*, special public defender, in support of the petition.

*Christine Collyer*, special deputy assistant state's attorney, in opposition.

Decided September 20, 2005

## STATE OF CONNECTICUT *v.* JUSTIN DAVIS

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 263 (AC 25082), is denied.

*Robert M. Berke*, in support of the petition.

*Susan E. Gill*, senior assistant state's attorney, in opposition.

Decided September 20, 2005